UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Ivan Meireles Garcia,                                    Case No. 23-11709-PGH
        Debtor(s)                                                 Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Motion to Avoid Lien and Notice of Hearing was sent to all parties on the attached service list on May 8, 2023.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Ivan Meireles Garcia,
551 E 46 Street,
Hialeah, FL 33013-1943

Cavalry SPV I, LLC
c/o Andrew Zaro, CEO
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Cavalry SPV I, LLC
c/o Andrew Zaro, CEO
1 American Lane, Suite 220
Greenwich, CT 06831

C T CORPORATION SYSTEM
c/o Cavalry SPV I, LLC
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

Respectfully Submitted:
**JOSE A. BLANCO, P.A.**
By: /s/ *Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463

5