Certificate Number: 17082-FLS-DE-037416342

Bankruptcy Case Number: 23-11709



17082-FLS-DE-037416342

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 9, 2023</u>, at <u>2:17</u> o'clock <u>PM MST</u>, <u>IVAN MEIRELES GARCIA</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date:   <u>May 9, 2023</u>               By:      <u>/s/Orsolya K Lazar</u>

                                        Name:   <u>Orsolya K Lazar</u>

                                        Title:    <u>Executive Director</u>