UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Ivan Meireles Garcia                              Case No.: 23-11709-CLC
                                                           Chapter 13

_____Debtor(s)_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

    **This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

    **If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

    **If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule
3018(a) temporarily allowing your claim for voting purposes.**

    **The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

☐    301 North Miami Avenue, Room 150, Miami, FL 33128

☐ Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, Debtor objects to the following claim(s) filed in this case:

| **Claim No.** | **Name of Claimant / Creditor** | **Amount of Claim** |
|---|---|---|
| 14 | American Express National Bank | $5,683.36 |

Basis for Objection and Recommended Disposition

On or about April 6, 2023, Creditor filed a general unsecured proof of claim in the above-mentioned amount for a credit card account ending in 1000. Debtor asserts this claim is barred by the statute of limitations. Debtor requests this claim be stricken and disallowed in its entirety.

WHEREFORE the above-mentioned Debtor, respectfully requests that the Court grant the relief sought herein.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading. (See Local Rule 3007-1(C).)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was sent on December 14, 2023 electronically to Nancy K. Neidich, Trustee and mailed via U.S. First-Class Mail, unless otherwise noted, to:

American Express National Bank
c/o Becket and Lee LLP
ATTN: Gregory P. Deegan, Claims Admin
PO Box 3001
Malvern PA 19355-0701

American Express National Bank
Squeri, Stephen J., CEO
200 Vesey Street
New York, NY 10285

C T CORPORATION SYSTEM
c/o American Express National Bank
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

## CERTIFICATE OF ADMISSION

**I HEREBY CERTIFY** that I am a member of the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted:
December 14, 2023

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).