UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                           CASE NO.: 23-11709-BKC-CLC
                                                 PROCEEDING UNDER CHAPTER 13
IVAN MEIRELES GARCIA

DEBTOR                          /

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

**I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on __7/16/2024__.

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: /s/ _____
☑ Kenia Molina, Esq.
   FLORIDA BAR NO: 0085156
☐ Amy Carrington, Esq.
   FLORIDA BAR NO: 101877
☐ Gianny Blanco, Esq.
   FLORIDA BAR NO: 78080

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.: 23-11709-BKC-CLC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
IVAN MEIRELES GARCIA
551 E 46 STREET
HIALEAH, FL  33013-1943

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
JOSE BLANCO, ESQUIRE
102 E 49TH ST
HIALEAH, FL  33013

```
***********************
       FAX TX REPORT
***********************

         TRANSMISSION OK

    JOB NO.              3624
    User Name            ccooper
    DESTINATION ADDRESS  17865675057
    SUBADDRESS
    DESTINATION ID
    ST. TIME             06/05 16:26
    TX/RX TIME           00'40
    PGS.                 1
    RESULT               OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

06/05/2024

To:  JOSE BLANCO, ESQUIRE

Re: Ivan Meireles Garcia                Case: 23-11709-CLC

Dear JOSE BLANCO, ESQUIRE

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor:

Unresolved Objections to claims DE#10?

CL REG'S 2,3 & 11

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this letter or the Trustee may file a Motion to Dismiss this case.

Very truly yours,
CLARISSA