UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    Case Number: 23-11709-CLC
                                                          Chapter 13

Ivan Meireles Garcia,

_____Debtor(s)._____/


## OBJECTION TO CLAIM AND CERTIFICATE OF SERVICE

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

*This objection seeks to either disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.*

If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned Trustee OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

If your entire claim is objected to and this is a chapter 11 case, you will **not** have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the Trustee objects to the following claim filed in this case:

| | |
|---|---|
| **Claim#:** | **20-2** |
| **Claimant:** | **Portfolio Recovery Associates, LLC** |
| **Reason:** | The Amended Proof of Claim was filed after the bar date. |
| **Disposition:** | Sustain Objection and disallow claim. |

**Page 1 of 2**

**I CERTIFY** that a true and correct copy of this Objection to Claim was served via ECF on Counsel for the Debtor and the parties listed below on 10/4/2024                    .

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

By: _____
KENIA MOLINA, ESQ.
FLORIDA BAR NO: 0085156

COPIES FURNISHED TO:

BY U.S. FIRST CLASS MAIL

Portfolio Recovery Associates, LLC
P.O. Box 41067
Norfolk, VA 23541
(Claim Number 20-2)

Portfolio Recovery Associates, LLC
c/o Corporation Service Company, Registered Agent
1201 Hays Street
Tallahassee, FL 32301-2525

By: _____
KENIA MOLINA, ESQ.
FLORIDA BAR NO: 0085156